IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA ROYBAL,

        Plaintiff,

vs.                                             Civ. No. 99-1152 RLP/WWD ACE

DAN CULLEY and SANDRA McFADDEN,

        Defendants.

<u>MEMORANDUM OPINION AND ORDER</u>

        This matter comes before the Court upon Plaintiff's Motion to Compel Defendant Culley to Answer Plaintiff's First Set of Interrogatories and for Sanctions filed June 16, 2000. In her reply, Plaintiff limits the motion to compel to interrogatories numbered 7, 8, and 9. Defendant Culley has supplemented his answers to interrogatories 7, 8, and 9; however, Plaintiff contends that the answers as supplemented are not complete. Plaintiff makes reference to an exhibit, Exhibit 1, which would be the supplemental responses; however, Exhibit 1 was not filed with the reply. Under the circumstances, I can remind Defendant Culley of his duty to continue to supplement his responses as he obtains more information. I can also remind him of his duty to make reasonable inquiry to obtain the information sought. However, since the supplement to the answers to interrogatories 7, 8, and 9 has not been furnished to me, I cannot determine whether those answers are adequate.

        **WHEREFORE,**

        **IT IS ORDERED** that Plaintiff's Motion to Compel Defendant Culley to Answer Plaintiff's First Set of Interrogatories and for Sanctions be, and it is hereby, DENIED.

                                      _____

                                      UNITED STATES MAGISTRATE JUDGE